No. 80-1149.  MARTIN ET AL. *v.* CHARLOTTE-MECKLEN-
BURG BOARD OF EDUCATION ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 80-1153.  HAUGEN *v.* TAYLOR ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 80-1169.  FAULKNER RADIO, INC. *v.* FEDERAL COMMU-
NICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 80-1171.  ABDELLA *v.* SHAWANO LAKE SANITARY DIS-
TRICT No. 1 ET AL.  Ct. App. Wis.  Certiorari denied.

No. 80-1216.  RANDELL *v.* UNITED STATES; and
No. 80-5818.  MUMFORD *v.* UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.  Reported below: 630 F. 2d 1023.

No. 80-1224.  TRANSAMERICAN PRESS, INC., ET AL. *v.* MIL-
LER; and
No. 80-1383.  MILLER *v.* TRANSAMERICAN PRESS, INC.,
ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below:
621 F. 2d 721.

No. 80-1329.  RAMOS ET AL. *v.* LAMM, GOVERNOR OF COLO-
RADO, ET AL.; and
No. 80-1340.  LAMM, GOVERNOR OF COLORADO, ET AL. *v.*
RAMOS ET AL.  C. A. 10th Cir.  Certiorari denied.  Reported
below: 639 F. 2d 559.

No. 80-1336.  CLOUD *v.* BYRD, SHERIFF.  C. A. 5th Cir.
Certiorari denied.

No. 80-1361.  M/G TRANSPORT SERVICES, INC. *v.* CITIZENS
FIDELITY BANK & TRUST CO., EXECUTOR, ET AL.  C. A. 6th
Cir.  Certiorari denied.

No. 80-1362.  RONWIN *v.* SEGAL ET AL.  C. A. 9th Cir.
Certiorari denied.